IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT STEVEN PRICE,**

    **Plaintiff,**

v.                                              Case No. 5:25-cv-50-AW-MJF

**DEVIN COLLIER, et al.,**

    **Defendants.**

_____/

## **FINAL ORDER**

Plaintiff Robert Steven Price, a pro se prisoner, sued the judge in his criminal case and others. His central claim is that the judge, prosecutor, and others conspired to deprive him of his rights. The magistrate judge screened the complaint and determined the court should dismiss for failure to state a claim. ECF No. 15 (report and recommendation). Price then filed a motion to stay or abate. ECF No. 16. Because the motion challenged certain aspects of the magistrate judge's report and recommendation, I will treat it as both a motion and an objection.

To the extent Price asks to stay or abate, the request is denied. Price has not shown that the relief sought is appropriate. If he is later successful in his referenced postconviction proceedings, and if his conviction is overturned as a result, and it this causes some new claim to accrue, he can file a new lawsuit. But Price has shown no basis to delay this lawsuit. The motion (ECF No. 16) is DENIED.

1

Having carefully considered the matter, and having considered de novo the issues raised in Price's objections, I now adopt the report and recommendation in full, and I incorporate it into this order. Price's objections are overruled.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for failure to state a claim on which relief can be granted." The clerk will then close the file.

SO ORDERED on September 18, 2025.

s/ *Allen Winsor*
Chief United States District Judge

2